CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Novak
REPORTER: Gil Halasz, OCR
UNITED STATES OF AMERICA
v.

DOCKET NO. 3:21cr00141-1 (DJN)
DATE: APRIL 13, 2022
COUNSEL

1. Mahmoud Aljibawi

1. William J. Dinkin
   Steven B. Muslin

**APPEARANCES:** GOVERNMENT Kaitlin G. Cooke (✓)
DEFENDANT WITH COUNSEL (X)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND (X)   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA (X)   MOTIONS ( )
OTHER: _____

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:**

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | ✓ | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) 1, 3 & 6 (✓)
DEFENDANT REARRAIGNED ON COUNT(S) 1, 3 & 6 (✓)
PLEA BARGAIN AGREEMENT FILED (✓)
STATEMENT OF FACTS FILED (✓)   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) 1, 3 & 6 (✓)
COURT ACCEPTED PLEA (✓)   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) 1, 3 & 6 (✓)
PRESENTENCE REPORT ORDERED (✓)   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED (✓)

**BOND HEARING PROCEEDINGS:**
DEFENDANT CONTINUED ON PRESENT BOND (✓) and agrees to appear   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:**
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within ___ days; Responses due ___ days thereafter; ___ days for Reply. Contact Chambers to schedule oral argument, if necessary.
( ) Jury Instructions to be filed one (1) week prior to trial.
( ) Agreed Discovery Order presented; entered by Court.

— TRANSCRIPT TO BE SEALED —

**CASE CONTINUED TO:** October 18, 2022 AT 2:00 P.M. FOR SENTENCING

CASE SET: 12:30   BEGAN: 12:37   ENDED: 1:15   TIME IN COURT: 38